Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | Civil Action No. 16-cv-729RAJ |
| Plaintiff, | MOTION FOR ENTRY OF DEFAULT AGAINST WILLIAM KITTEL |
| v. | |
| DARRELL GUNDERMAN, an individual; REINA MARROQUIN, an individual; DOUGLAS LUNDERMARK, an individual; SUMMER EARLE, an individual; DONA FRISTOE, an individual; JIM CAMPBELL, an individual; LUCY KURIA, an individual; GREG GORDON SR., an individual; LOTUS BERNARDO, an individual; and WILLIAM KITTEL, an individual, | NOTE ON MOTION CALENDAR: December 9, 2016 |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 55 and LCR 55(a), Plaintiff Criminal Productions, Inc. hereby moves for entry of default against Defendant William Kittel. The motion is supported by the accompanying Declaration of David A. Lowe.

RESPECTFULLY SUBMITTED this 9th day of December, 2016.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Criminal Productions, Inc.

MOTION FOR ENTRY OF DEFAULT
16-cv-729RAJ

INIP-6-0036P13 MOTENTRYDefault - Doe 14

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301