Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DARRELL GUNDERMAN, an individual; <br> REINA MARROQUIN, an individual; <br> DOUGLAS LUNDERMARK, an individual; <br> SUMMER EARLE, an individual; <br> DONA FRISTOE, an individual; <br> JIM CAMPBELL, an individual; <br> LUCY KURIA, an individual; <br> GREG GORDON SR., an individual; <br> LOTUS BERNARDO, an individual; and <br> WILLIAM KITTEL, an individual, <br><br> Defendants. | Civil Action No. 16-cv-729RAJ <br><br> ENTRY OF DEFAULT AGAINST WILLIAM KITTEL |

It appearing that Defendant William Kittel has failed to answer, plead or otherwise defend, default is hereby entered as to Defendant William Kittel.

DATED this 12th day of December, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

By:   _/s/ Victoria Ericksen_
        Deputy Clerk

ENTRY OF DEFAULT
Civil Action No. 16-cv-729RAJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301